IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MATTHEW J. HORNUNG,

    Plaintiff,

v.

DONALD BERGBOWER, et al.

    Defendants.

ORDER

Case No. 22-cv-87-jdp

Plaintiff Matthew J. Hornung, by counsel, a prisoner in the custody of the Wisconsin Department of Corrections, has submitted a proposed complaint and has paid the $402 filing fee. Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

Accordingly, IT IS ORDERED that plaintiff Matthew J. Hornung's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A.

Entered this 17th day of February, 2022.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge